

NUMBER 13-10-00040-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

DARRELL WEBB,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

On Appeal from the 117th District Court
of Nueces County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam

Appellant, Darrell Webb, by and through his attorney, has filed a motion to dismiss his appeal and requests that the Court dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
25th day of March, 2010.